**ADORNO & YOSS LLP**
155 Willowbrook Boulevard
Wayne, New Jersey 07470
(973) 256-9000
Attorneys for Defendant Rider University

RECEIVED
OCT 23 2009
AT 8:30_____
WILLIAM T. WALSH —M
CLERK

| | |
|---|---|
| NANCY ROBERTS<br><br>Plaintiff,<br><br>vs.<br><br>RIDER UNIVERSITY<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Docket No. 3:08-cv-05576 (MLC) (JJH)<br><br>~~CONSENT~~ ORDER REGARDING DISCOVERY AND AMENDING REVISED SCHEDULING ORDER OF JULY 21, 2009 |

This matter having come before the Court on the joint application of the Parties for an extension of the deadlines set forth in the Revised Scheduled Order of July 21, 2009; and the Court having considered the submission of the Parties; and good cause appearing for the entry of the within Order;

IT IS on this **22** day of October, 2009,

ORDERED THAT the Revised Scheduling Order of July 21, 2009, Docket ECF# 11, is amended as follows:

1. Each side will be permitted up to fifteen depositions, unless otherwise agreed to by counsel for the parties.

2. Fact discovery will conclude on January 30, 2010.

3. Any dispositive motions shall be filed by May 14, 2010.

4. There will be no further extensions of the deadlines set forth in this Order, except by leave of the Court.

5   A Status Conference will be held, by telephone, on **January 25**, 2010 at 10:00 a.m. Plaintiff's counsel will initiate the call. If appropriate, a date for a Settlement Conference or

referral to mediation will be set during the Status Conference. Otherwise the Court will set a date for the Final Pretrial Conference.

      6.     All of the remaining provisions of the previous Scheduling Orders, as amended, shall remain in effect.

_____
Douglas E. Arpert U.S.M.J.

The undersigned hereby consent to the entry of the within Order:

_____
Stephen P. Pazan
Spector Gadon & Rosen, P.C.
1000 Lenola Road
P.O. Box 1001
Moorestown, New Jersey 08057
Attorneys for Nancy Roberts

_____
Steven Gerber, Esq.
David H. Ganz, Esq.
Adorno & Yoss LLP
155 Willowbrook Boulevard
Wayne, New Jersey 07470
Attorneys for Rider University